IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JUAN C. CALDERON,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**C. VUE, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:22-cv-00124-CKD (PC)<br><br>**ORDER**<br><br><br>Judge:　　　　The Hon. Carolyn K. Delaney<br>Trial Date:　　Not Set<br>Action Filed:　January 20, 2022 |

**GOOD CAUSE APPEARING,** Defendants' motion for an extension of time to schedule a settlement conference and to file a motion to opt out of the Post-Screening ADR Project is granted. The deadline to contact the Courtroom Deputy to schedule a settlement conference is extended to August 10, 2022, and the deadline to file a motion to opt out of the Post-Screening ADR Project is extended to September 10, 2022.

Dated: June 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE