UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CRISTOBAL CALDERON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. VUE, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-0124 CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. On September 9, 2022, defendants filed a motion to opt-out of the court's Post-Screening ADR Pilot Project. ECF No. 22. Upon review of the motion, the court finds good cause to grant defendants' request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the court's Post-Screening ADR Project (ECF No. 22) is granted.

2. The settlement conference set for September 22, 2022 is vacated;

3. The stay of this action is lifted; and

4. Defendants shall file a responsive pleading within twenty-one days.

Dated: September 13, 2022

　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/lewi0366.optout