UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CRISTOBAL CALDERON,

Plaintiff,

v.

C. VUE, et al.,

Defendants.

No.  2:22-cv-0124 CKD P

ORDER

Plaintiff has filed a request to admit certain items as evidence.  There is no reason to admit any evidence at this point. If it is appropriate at a later time, plaintiff will be advised to identify the exhibits he wishes to enter into evidence.  Accordingly, the request (ECF No. 28) is denied without prejudice subject to renewal.

Dated:  February 9, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cald0124.ev