UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CRISTOBAL CALDERON, | No. 2:22-cv-0124 CKD P |
| Plaintiff, | |
| v. | ORDER |
| C. VUE, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to conduct discovery. The remaining defendants have not opposed plaintiff's request. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 27) is granted; and

2. All of the deadlines established in the court's October 6, 2022 scheduling order are extended 120 days. The parties are reminded all requests for discovery pursuant to Federal Rules of Civil Procedure 31, 33, 34 or 36 shall be served not later than sixty days prior to the date discovery closes.

Dated: February 27, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/cald0124.36(2)