IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. CALDERON,<br><br>    Plaintiff,<br><br>    v.<br><br>C. VUE, et al.,<br><br>    Defendants. | Case No. 2:22-cv-00124-CKD (PC)<br><br>ORDER |

Good cause appearing, Defendants' request to seal the un-redacted copy of the proof of service for the Suggestion of Death of Defendant R. Freitas is GRANTED. The un-redacted proof of service will be destroyed or returned to Defendants' counsel upon request after judgment in this case is final.

Dated:  May 10, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE