UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CRISTOBAL CALDERON,

Plaintiff,

v.

C. VUE, et al.,

Defendants.

No.  2:22-cv-0124 DAD CKD P

ORDER

Plaintiff has requested an extension of time to file an opposition to defendant Vue's motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for an extension of time (ECF No. 38) is granted; and

2.  Plaintiff shall file an opposition to defendant Vue's motion for summary judgment within 30 days.  Failure to do so will result in a recommendation that this action be dismissed.

Dated:  September 26, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cald0124.36(3)