UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CRISTOBAL CALDERON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. VUE, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-0124 DAD CKD P<br><br><br>ORDER |

　　　Plaintiff has filed a motion asking that defendant Vue, the only remaining defendant, be compelled to provide plaintiff with certain pieces of potential evidence. Discovery closed in this action on June 12, 2023. ECF Nos. 26 & 30. As plaintiff fails to point to anything suggesting the information he now seeks could not have been obtained from defendant before the close of discovery or explain his failure to seek an extension of the discovery deadline before it passed, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 44) is denied.

Dated: August 5, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
cald0124.mtc