UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CRISTOBAL CALDERON, | No. 2:22-cv-0124 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| C. VUE, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file objections to the court's August 7, 2024, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 49) is granted; and

2. Plaintiff is granted until September 9, 2024 to file objections to the court's August 7, 2024 findings and recommendations. Defendant may file a reply no later than 7 days after receipt of the objections.

Dated: August 26, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1`/hh
cald0124.36