## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JUAN CRISTOBAL CALDERON,**

CASE NO: **2:22–CV–00124–DAD–CKD**

v.

**C. VUE, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/11/2024**


**Keith Holland**
Clerk of Court

ENTERED: **September 11, 2024**

by: /s/ V. Kyono
Deputy Clerk